**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Woods, Davy
    Woods, Angela B
        Debtors : 19-11128

## ORDER

AND NOW, upon consideration of the Debtors' Objection to Claim No. 4, and after a hearing, it is hereby ORDERED that:

1. The Objection is **SUSTAINED**.

2. claim no. 4 is **DISALLOWED**.

Date:  12/13/21

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**